OFFICE OF DISCIPLINARY COUNSEL *v.* SWEENEY.

[Cite as *Disciplinary Counsel v. Sweeney* (1999), 84 Ohio St.3d 388.]

(No. 98–1302—Submitted September 28, 1998—Decided January 13, 1999.)

*Jonathan E. Coughlan,* Disciplinary Counsel, for relator.

*Michael Drain,* for respondent.

---

***Per Curiam.*** We adopt the findings and conclusions of the board. We note that respondent did plead guilty to a felony and has not made restitution as ordered by the federal court. Nor did respondent produce evidence that he made the restitution we ordered in 1994 as a condition of reinstatement. We have reviewed in detail the evidence submitted in mitigation, and we believe that a

more severe sanction than indefinite suspension is warranted by the facts in this case. Respondent is hereby permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.